Mary Tonkin, Appellant, *v.* Timothy A. Leary, as President Justice of the Municipal Court of the City of New York, et al., Respondents.

(Argued March 14, 1932; decided March 29, 1932.)

*H. Eliot Kaplan, John Kiikland Clark* and *Albert De Roode* for appellant.

*Edward Ward McMahon, William J. O'Shea, Jr., Edward McLoughlin* and *Edward D. Burns* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ   Not sitting: KELLOGG, J.